Case 16-2025-CA-006518-AXXX-MA

| Department | Circuit Civil | Division | CV-D |
|---|---|---|---|
| Case Status | OPEN | File Date | 10/21/2025 2:50:21 PM |
| Judge Name | NORTON, VIRGINIA B. | Officer | |
| Private Attorney | Kanupp, Samuel Benjamin | | |

### Parties

| Name / DOB / DL / ID # | Party Type / Race / Sex | Address |
|---|---|---|
| AISHA BROCK | PLAINTIFF / | 9100 GIBSON AVENUE JACKSONVILLE, FL32208 |
| KROGER FULFILLMENT NETWORK, LLC | DEFENDANT / B | 1014 VINE STREET CINCINNATTI, OH45202 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Kanupp, Samuel Benjamin Private Attorney (67216) | 3100 University Blvd S Ste 115 Jacksonville, FL32216-2737 | AISHA BROCK (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/30/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 10/21/2025 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 10/21/2025 10/21/2025 | DISCRIMINATION | | |
| 2 D2 | -- | 10/21/2025 10/21/2025 | COVER SHEET | 3 | Available VOR, Ready to view |
| 3 D3 | -- | 10/21/2025 10/21/2025 | COMPLAINT AND DEMAND FOR JURY TRIAL | 7 | Available VOR, Ready to view |
| 4 D4 | -- | 10/21/2025 10/21/2025 | CASE FEES PAID: $401.00 ON RECEIPT NUMBER 4996642 | 1 | Available Public access |
| 5 D5 | -- | 11/24/2025 11/24/2025 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MGMT DEADLINES - CMC: 4/28/26 930AM HR703 | 5 | Available VOR, Ready to view |
| 6 D6 | -- | 1/29/2026 1/30/2026 | SUMMONS ISSUED KROGER FULFILLMENT NETWORK, LLC (DEFENDANT) | 1 | Available VOR, Ready to view |
| 7 D7 | -- | 1/29/2026 1/30/2026 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 5057240 | 1 | Available Public access |